UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON LOPEZ-LOPEZ,                              )
ON BEHALF OF HIMSELF AND                        )
ALL OTHERS SIMILARLY SITUATED                   )
        Plaintiff,                           )
                                             )       No. 1:17-cv-786
-v-                                             )
                                             )       HONORABLE PAUL L. MALONEY
COUNTY OF ALLEGAN,                              )
& FRANK BAKER,                                  )
IN HIS INDIVIDUAL CAPACITY,                     )
        Defendants.                          )
_____        )

## <u>JUDGMENT</u>

In accordance with the opinion and order entered on this date, and pursuant to

Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date:  <u>July 13, 2018</u>                <u>/s/ Paul L. Maloney</u>
                                                Paul L. Maloney
                                                United States District Judge